JAMES W. RUSHFORD, ESQ.
State Bar No. 88739
RUSHFORD & BONOTTO, LLP
2277 Fair Oaks Blvd., Suite 495
Sacramento, California 95825
Telephone: (916) 565-0590
jrushford@rushfordbonotto.com

Attorneys for Defendants,
U-Store-It L.P., Todd C. Amsdell, YSI XX LP

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>U-STORE-IT L.P., A DELAWARE LIMITED PARTNERSHIP, INDIVIDUALLY AND dba U-STORE-IT; TODD C. AMSDELL, INDIVIDUALLY AND dba U-STORE-IT; YSI XX LP, A DELAWARE LIMITED PARTNERSHIP;<br><br>    Defendants. | Case No.: 2:08-CV-02142-LKK-EFB<br><br>ORDER OF DISMISSAL |

THE PARTIES HAVING STIPULATED, the above matter is ordered dismissed with prejudice.

Dated: September 17, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

PDF created with pdfFactory trial version www.pdffactory.com